USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

U.S.A. vs. Steven A. Diaz                                    Docket No. 2008-CR-53-1 (NRB)

## Petition for Action on Conditions of Pretrial Release

COMES NOW Gianfranco Furelli, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Steven A. Diaz who was placed under Pretrial Services supervision by Magistrate Judge Theodore H. Katz sitting in the Court at SDNY, on December 10th, 2007, under the following conditions: $50,000 personal recognizance bond secured by $2,000 cash and cosigned by 5 financially responsible persons; strict PSA supervision with home detention; curfew enforced by electronic monitoring; surrender passport and may not apply for new ones; travel limits to EDNY/SDNY. On January 23rd, 2008, the defendant appeared before Your Honor for arraignment in this indictment and bail was modified to eliminate the cash component of the bond and remove house arrest and curfew provisions as previously stipulated. The defendant is now subject to home detention 24/7 with electronic monitoring. Later that day, the defendant satisfied the conditions of his bond and he was placed on electronic monitoring supervision.

**Respectfully presenting petition for action of Court and for cause as follows:**

At the time of the defendant's initial presentment, the defendant had admitted using marijuana to Pretrial Services and he consented to a voluntary urinalysis which proved positive for marijuana. This officer has contacted AUSA Kenneth A. Polite and defense counsel, Roland Thau and neither have any objections in modifying the defendant's bail conditions to include drug testing and treatment as deemed necessary by Pretrial Services. Given the aforementioned, we respectfully request that the Court modify the defendant's bail to include drug testing and treatment. All other conditions should remain the same.

**PRAYING THAT THE COURT WILL ORDER DRUG TESTING AND TREATMENT AS DEEMED NECESSARY BY PRETRIAL SERVICES.**

ORDER OF COURT

Considered and ordered this 5th day of March, 2008 and ordered filed and made a part of the records in the above case.

_(signature)_
U.S. District Court Judge, Naomi Reice Buchwald

I declare under penalty that the foregoing is true and correct.

Executed on: March 4th 2008

_(signature)_
Gianfranco Furelli
U.S. Pretrial Services Officer
Electronic Monitoring Specialist

Reviewed by,

_(signature)_
Regina M. Joyner, Supervising
U.S. Pretrial Services Officer