



DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 29, 2008

*Via Facsimile*

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007

> FILED IN CHAMBERS
> NAOMI REICE BUCHWALD
>
> **JUL 2 9 2008**
>
> UNITED STATES DIST—

Re:    United States v. Steven and Michael Diaz,
       08 Cr. 53 (NRB)

Dear Judge Buchwald:

The Government respectfully requests that Your Honor schedule the next conference in the above-referenced matter for August 4, 2008, at 3:00 p.m.

The Government also requests that the Court exclude time in the above-referenced matter until August 4 2008, the date of the rescheduled conference. Such an exclusion is warranted because, among other reasons, it will allow the parties to discuss possible dispositions in this matter.

*So Ordered.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____

Kenneth A. Polite
Assistant United States Attorney
(212) 637-2412

cc:    Glenn A. Garber, Esq. (via facsimile)
       Roland Thau, Esq. (via facsimile)

**MEMO ENDORSED**    08 G. 53 (NRB)

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties to discuss possible dispositions in this matter. Accordingly, it is ORDERED that the time between the date of this Order and August 4, 2008, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated:    New York, New York
          July 30, 2008

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE